1
2
3                                                                    ✔ JS-6
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11   KRISTINA R. K.,                    |   Case No. CV 22-06882-AS

12              Plaintiff,

13        v.                                **JUDGMENT**

14   KILOLO KIJAKAZI, Acting
     Commissioner of the Social
15   Security Administration,

16              Defendant.

17

18

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner

20   of the Social Security Administration is reversed in part and the

21   matter is remanded for further administrative action consistent

22   with the Opinion filed concurrently herewith.

23

24        DATED:  August 15, 2023

25

26                                      /s/
                                _____
                                       ALKA SAGAR
27                           UNITED STATES MAGISTRATE JUDGE

28