LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KRISTINA KANZAKI, | No: 2:22-cv-06882-AS |
|     Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
|     v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  September 26, 2023        _____/ s / Sagar_____

                                    HON. ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE